**STATE of Missouri, Respondent,**

v.

**Ricky MATTHEWS, Appellant.**

**No. WD 57700.**

Missouri Court of Appeals,
Western District.

Jan. 9, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 27, 2001.

W. Geary Jaco, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Jefferson City, for respondent.

Before PAUL M. SPINDEN, Chief Judge, JAMES M. SMART, Jr., Judge, and EDWIN H. SMITH, Judge.

### ORDER

After a jury trial, the circuit court entered judgment against Ricky Matthews convicting him of second-degree murder and armed criminal action. Matthews filed this appeal contesting the circuit court's judgment. Because we decline to review the judgment for plain error and because Matthews may not raise the effectiveness of his trial counsel on direct appeal, we affirm the judgment. Rule 30 .25(b).